v. Franklin Savings Bank in the City of New York and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before February 14, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

College Inn Food Products Company v. Silz Packing Company, Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that the appeal can be argued on or before February 7, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Hywis Holding Corporation v. Rocquet Realty Corporation.*— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case on appeal to be served on or before January 31, 1930, and the appeal thereafter diligently prosecuted, with leave to appellant to file exceptions nunc pro tunc as of December 17, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Clarence I. Lee.— Motion to dismiss appeal granted, unless appellant procure the record on appeal to be filed on or before January 31, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Irving Knapper.— Motion granted so far as to extend the time of the appellant in which to serve and file the record on appeal to and including the 3d day of February, 1930, and to serve and file the appellant's points to and including the 19th day of February, 1930, with notice of argument for March 18, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Theodore Haebler, Appellant, v. Gilbert H. Crawford, as Sole Permanent Receiver, etc., Respondent, and Roland Steel Company, Inc., Original Defendant and Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Isidor Polishook, Respondent, v. Efficient Trucking Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Bella Steiner, Respondent, v. The Equitable Life Assurance Society of the United States, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of The People of the State of New York, by James A. Beha, Superintendent of Insurance, etc., for an Order to Take Possession, etc., and Conserve the Assets for the Benefit of Creditors of the First Russian Insurance Company, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claims of James A. Tillman, Assignee of Karl Schmidt and Bund der Auslandsdeutschen.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of The People of the State of New York, by James A. Beha, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the

_____

* Appeal dismissed, 254 N. Y. ——.